UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 1:09-cr-0021 (L/F) |
| EARL RICHARD WHITTENBURG, | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Earl Richard Whittenburg's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of one year and one day in the custody of the Attorney General, or his designee. The service of the sentence shall begin immediately. It is recommended that Mr. Whittenburg be designated to the Federal Correctional Institution at Terre Haute, Indiana. Upon Mr. Whittenburg's release from confinement, he will not be subject to any further term of supervised release.

SO ORDERED this 18th day of December, 2009.

William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Sue Dowd,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

William Marsh,
Indiana Federal Community Defender

U. S. Parole and Probation

U. S. Marshal